**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.:** _____

DAVID LESTRICK

      Plaintiff

v.

NCO FINANCIAL SYSTEMS, INC.

      Defendant

**COMPLAINT AND JURY DEMAND**

**NATURE OF ACTION**

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d), 47 U.S.C. § 227(b)(3), 28 U.S.C. § 1331, and 28 U.S.C. § 1367(a).

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this State and this district, where Plaintiff resides in this State and this district, and where Defendant transacts business in this State and this district.

1

## PARTIES

4. Plaintiff, David Lestrick ("Plaintiff"), is a natural person who at all relevant times resided in the State of Colorado, City and County of Denver.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, NCO Financial Systems, Inc. ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. § 1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

11. Within one (1) year preceding the date of this Complaint, namely on September 6th, 2010 Defendant drafted and mailed Plaintiff a letter in effort to collect from Plaintiff an obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor

2

other than Defendant.

12. In this letter of September 6th, 2010, Defendant wrote the following:

> "If you have applied for a loan, new job, credit card, insurance or an apartment, your credit bureau report may be reviewed. Now is the time to improve your credit report."

13. Upon information and belief, there was no reporting of this alleged debt on any of Plaintiff's credit reports as of the date of Defendant's letter.

14. Defendant's representation stated in paragraph 12 was a false, misleading, deceptive, and abusive communication by Defendant in violation of numerous and multiple provisions of the FDCPA, including but not to limited to 15 USC §§ 1692, 1692e, 1692e(8), 1692e(10), and 1692f, amongst others.

15. Within one (1) year preceding the date of this Complaint, Defendant willfully and knowingly utilized an automatic telephone dialing system to make and/or place numerous telephone calls to Plaintiff's cellular telephone number, in effort to collect from Plaintiff an obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant.

16. Among many others such calls, on or around April 11, 2011, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number and left a prerecorded voice message in Plaintiff's voicemail.

17. This prerecorded voice message was composed entirely of the following statement:

> "This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Antoine Jefferson at 800-709-8625. Again that is Antoine Jefferson at 800-709-8625, thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any

>information obtained will be used for that purpose. When calling, please refer to your id code tn6cio. Again, your id code is tn6cio."

18. Similarly, on or around January 21, 2011, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number.

19. Similarly, on or around February 26, 2011, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number.

20. Similarly, on or around March 8, 2011, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number.

21. Similarly, on or around March 21, 2011, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number.

22. Similarly, on or around April 1, 2011, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number.

23. Similarly, on or around April 4, 2011, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number.

24. Upon information and belief, Defendant willingly and knowingly used an automatic telephone dialing system to call Plaintiff's cellular telephone number on numerous other occasions, not here enumerated, within one year of the date preceding this Complaint.

25. All of these aforementioned calls were made by Defendant to Plaintiff's cellular telephone, without the prior express consent of Plaintiff, using an automatic telephone dialing system. (47 U.S.C. 227(b)(1)(A)(iii)).

## COUNT ONE, FDCPA VIOLATION

26. Plaintiff repeats and re-alleges each and every allegation contained above.

27. Defendant violated the FDCPA as detailed above.

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the FDCPA;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorney's fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## COUNTS TWO THROUGH EIGHT, TCPA VIOLATIONS

28. Plaintiff repeats and re-alleges each and every allegation contained above.

29. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) by willfully and knowingly utilizing an automatic telephone dialing system to make and/or place at least seven (7) telephone calls to Plaintiff's cellular telephone number.

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii);

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C.§ 227(b)(3)(B), in the amount

5

        of $500.00 per violation;

c)    Awarding Plaintiff statutory damages, pursuant to 47 U.S.C.§ 227(b)(3)(C), in the amount of $1,500.00 per violation;

d)    Awarding Plaintiff actual damages, pursuant to 47 U.S.C. § 227(b)(3)(B);

e)    Awarding Plaintiff reasonable attorney's fees and costs incurred in this action;

f)    Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

## TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted,

**/s/ Brian Gerald Murphy**   #26188
Law Offices of Brian G. Murphy
5690 Webster Street, 2nd Floor
Arvada, CO 80002
Telephone:   (303) 395-1900
Facsimile:   (303) 997-2157
Email:  Brian@Lawmurphy.com
*Attorney for Plaintiff*