**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-01122-PAB-MEH

DAVID LESTRICK,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Respectfully submitted on May 31, 2011.

| | |
|---|---|
| s/ Brian Gerald Murphy | s/ Louis Leonard Galvis |
| Brian Gerald Murphy | Louis Leonard Galvis |
| Law Offices of Brian G. Murphy | Sessions, Fishman, Nathan & Israel, LLC |
| 5690 Webster Street, 2nd Floor | 645 Stonington Lane |
| Arvada, CO  80002 | Fort Collins, CO  80525 |
| Telephone:  (303) 395-1900 | Telephone:  (970) 223-4420 |
| *For Plaintiff David Lestrick* | *For Defendant NCO Financial Systems, Inc.* |