IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01122-PAB-MEH

DAVID LESTRICK,

 Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

 Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

 This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice [Docket No. 8]. The parties request that this Court enter an order dismissing this action with prejudice. The stipulation, however, complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added). Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal of this action with prejudice. Therefore, the case was dismissed with prejudice as of the entry of the parties' joint stipulation of dismissal with prejudice. No court order is necessary.

 DATED May 31, 2011.